**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter _____ yes   ERO _L. Howard_
USPT/USPO _yes_
☐ OTHER DISTRICT   ☐ DIVISION

CLERK DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
12.7.18 CPW
BY DEPUTY CLERK

OPEN __11:02__   ADJOURN __11:38__
THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance   ☐ Counsel Determination Hearing   ☐ Status Hearing
☐ Bond Hearing         ☐ Identity                        ☐ Hearing Continued on _____
☑ Detention Hearing    ☑ Preliminary Hearing             ☐ Other

CASE NUMBER CR H- __18-1914M__

USA VS.
Joel Osorio-Cruz
Paulino Rios-Garcia

AUSA _Michael Day_
_Ashley Kaper_
_Joel Salinas_

☐ Date of arrest _____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment/Complaint ☐ Information ☐ Superceding
Violation of ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared   ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.
☐ Order appointing Federal Public Defender
☐ Financial Affidavit executed and sworn.
☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) _____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☑ Order of Detention Pending Trial entered as to Defendant(s) _Garcia, Cruz_
☐ Bond revoked   ☐ Bond reinstated   ☐ Bond Continued
☑ Defendant _Garcia, Cruz_ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

☑ Defendant _____ Waiver of ☑ Preliminary ☐ Identity ☑ Detention Hrg ☐ Detention Hrg this District _Garcia_
☑ Court finds: ☑ Probable Cause   ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
☐ Arraignment   ☐ Counsel Determination Hearing   ☐ Identity Hearing
☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Final Revocation Hearing

_Garcia waived Prel & Detention._
_Cruz had a Prel & Detention hearing._